# United States Court of Appeals
# for the Fifth Circuit

————————————

No. 23-30233
Summary Calendar

————————————

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Donald Leonard Pollard, Jr.,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:21-CR-251-1

_____

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

Donald Leonard Pollard, Jr., pleaded guilty to count 3 of a five-count indictment charging him with distribution of methamphetamine, and he was sentenced to a 300-month term of imprisonment and to a five-year period of supervised release.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30233

At sentencing, the district court overruled Pollard's objection to consideration of the conduct underlying the dismissed counts 1, 2, 4, and 5 as relevant conduct in determining the drug quantity. Pollard was ultimately sentenced as a career offender under U.S.S.G. § 4B1.1, and he has appealed his sentence.

Pollard contends that the district court erred in its relevant-conduct finding. We have not reached this question because any error was harmless. Pollard's offense level was determined on the basis of his career-offender designation, which did not depend upon the court's relevant conduct finding. *See United States v. Bams*, 858 F.3d 937, 948-49 (5th Cir. 2017). The judgment is AFFIRMED.

The case is REMANDED to the district court for the limited purposed of correcting the judgment to list the correct statute of conviction. *See* FED. R. CRIM. P. 36; *see also* 21 U.S.C. § 841(b)(1)(A)(viii).